IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C.,<br>on behalf his minor children C.C. and M.C.,<br><br>             Plaintiff,<br><br>   v.<br><br>WALLINGFORD-SWARTHMORE SCHOOL DISTRICT,<br><br>             Defendant. | CIVIL ACTION<br>NO. 17-3832 |

## ORDER

**AND NOW**, this 17th day of August 2018, upon consideration of Defendant Wallingford-Swarthmore School District's Motion for Summary Judgment (Doc. No. 35), Exhibits filed by Defendant (Doc. Nos. 36-40; Inspection Videos, Exs. X, Y, Z, AA), Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. No. 41), Exhibits filed by Plaintiffs (Doc. No. 42), Defendant Wallingford-Swarthmore School District's Reply Brief in Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Doc. No. 43), the arguments of counsel for the parties at the July 24, 2018 hearing, and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 35) is **GRANTED**. The Wallingford-Swarthmore School District has no legal obligation to enroll C.C. and M.C. in its school system for the 2018-2019 school year. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.